UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:26CR 00207 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| CHRIS ALLIN MAYE | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 06 2026
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. On or about October 5, 2025, the defendant,

CHRIS ALLIN MAYE,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Theft of a Firearm and Possession of a Stole Firearm, in the Eastern District of Arkansas, District Court in Case Number 4:04CR-00280;
2. Terroristic Act (3 counts), in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-04-3272;
3. Commercial Burglary, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-05-19; and
4. Possession of Controlled Substance, Possession of Drug Paraphernalia, and Possession of a Firearm by Certain Persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-21-2512.

B. On or about October 5, 2025, in the Eastern District of Arkansas, the defendant,

CHRIS ALLIN MAYE,



3

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus, PT111 Millennium Pro, 9mm pistol, bearing serial number TWD63585, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, CHRIS ALLIN MAYE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

☐ NO TRUE BILL. ☒ TRUE BILL.

REDACTED SIGNATURE
FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By: HANNAH JOHNSTON
Assistant United States Attorney
Bar No.2020296
425 West Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
Hannah.Hickman@usdoj.gov